Cynthia E. Naanes
4832 N. Creosote Canyon Dr.
Tucson, AZ 85749-7262
July 19, 2017



Clerks Office
United States District Court District of Arizona
Tucson Division
Evo A. DeConcini U.S. Courthouse
405 West Congress Street, Suite 1500
Tucson, AZ 85701Clerk of the Court:

Dear Clerk of The Court:

Please find, enclosed, the original proofs of Service on the Defendants in my Case CV17-0194TUCJAS

1. U.S. Attorney, Arizona
2. Ryan Zinke, U.S. Secretary, Dept. of Interior (Via Certified Mail)
3. Jeff Sessions, U. S. Dept. of Justice, Washington DC

Respectfully,

*Cynthia E. Naanes*
Cynthia E. Naanes, Pro-Per

*George E. Naanes*
George E. Naanes, Pro-Per

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)    C. Date of Delivery |
| 1. Article Addressed to:<br>JEFF SESSIONS – Atty Gen US<br>U.S. Dept. of Justice<br>950 Pennsylvania Av. NW<br>Washington DC 20530-0001 | D. Is delivery address different from item 1? ☐ Yes ☐ No<br>If YES, enter delivery address below:<br>JUN 29 2017 |
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9402 2150 6193 0467 77 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☒ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery (over $500) | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Return Receipt for Merchandise<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label) | |
| PS Form 3811, July 2015 PSN 7530-02-000-9053 | Domestic Return Receipt |

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
HONORABLE RYAN ZINKE
SECRETARY, DEPT. OF INTERIOR
U.S. DEPT. OF THE INTERIOR
1849 C STREET, NW
WASHINGTON DC 20240

9590 9402 2150 6193 0467 84

2. Article Number (Transfer from service label)
7016 1970 0000 0346 4394

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  McClan   ☐ Agent   ☐ Addressee

B. Received by (Printed Name): M. McCrea
C. Date of Delivery: JUN 28 2017

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053                Domestic Return Receipt

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Elizabeth A. Strange
was received by me on *(date)* 6/22/17.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* Jean King , who is
designated by law to accept service of process on behalf of *(name of organization)* Elizabeth A. Strange Acting US Attorney on *(date)* 6/23/17 @ 11:33 Am ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 0.00 for travel and $ 50.00 for services, for a total of $ 50.00 .

I declare under penalty of perjury that this information is true.

Date: 6/28/17

Shalann McNamara
*Server's signature*

Shalann McNamara
*Printed name and title*

63 E. Pennington Tucson AZ 85701
*Server's address*

Additional information regarding attempted service, etc: